cuit Court of Appeals for the Seventh Circuit denied.
*Messrs. Bruce B. Krost* and *Albert J. Fihe* for petitioner.
*Messrs. Lynn A. Williams* and *Warren C. Horton* for respondent.

No. 809. McDonell *v.* Garee et al. April 7, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Frank K. Lemon* for petitioner. *Mr. Howard L. Doyle* for respondents.

No. 810. Consolidated Freightways, Inc. *v.* Railroad Commission of California. April 7, 1941. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. Herbert W. Erskine* for petitioner. *Mr. Ira H. Rowell* for respondent.

No. 823. Jax Ice & Cold Storage Co., trading as Jax Brewing Co., *v.* Coe, U. S. Commissioner of Patents, et al. April 7, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Thomas L. Meade, Jr.* and *Nelson J. Jewett* for petitioner. *Assistant Attorney General Shea* and *Messrs. Newman A. Townsend, Melvin H. Siegel,* and *J. F. H. Mothershead* for the Commissioner of Patents; and *Messrs. Herbert H. Porter, Robert F. Whitehead,* and *Eugene G. Mason* for the Jackson Brewing Co., respondents.

No. 824. Columbian National Life Insurance Co. *v.* Rodgers. April 7, 1941. Petition for writ of certiorari